# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CASEY DOOLEY, | : | No. 3:18cv1310 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | :(Magistrate Judge Saporito) |
| | : | |
| JOHN E. WETZEL, Secretary of | : | |
| The Pa. D.O.C., et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 5th day of March 2019, it is hereby **ORDERED** as follows:

1) Plaintiff's objections (Doc. 16) and defendants' objections (Doc. 15) are **OVERRULED**;

2) The magistrate judge's report and recommendation (Doc. 10) is **ADOPTED;**

3) The plaintiff's complaint is **DISMISSED** as frivolous;

4) The defendants' motion to dismiss/motion for summary judgment (Doc.5) is **DENIED**;

5) Plaintiff is notified that the dismissal of this action as frivolous and for failure to state a claim constitutes a "strike" under 28 U.S.C. § 1915(g), and the accumulation of additional strikes may bar him from proceeding *in forma pauperis* in later cases absent a showing of imminent danger; and

6) The Clerk of Court is directed to close this case.

                                                **BY THE COURT:**

                                                **s/ James M. Munley**
                                                **JUDGE JAMES M. MUNLEY**
                                                **United States District Court**