UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CASEY DOOLEY,

            Plaintiff,

   v.

JOHN E. WETZEL, Secretary of the
Pa. D.O.C., et al.,

            Defendants.

3:18-CV-1310

(JUDGE MARIANI)
(Magistrate Judge Saporito)

## ORDER

**AND NOW, THIS 3RD DAY OF SEPTEMBER 2020**, upon *de novo* review of Magistrate Judge Saporito's Report and Recommendation ("R&R") (Doc. 28) and all other relevant documents, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 28) is **ADOPTED** to the extent consistent with this Order.

2. For the reasons set forth in the R&R (Doc. 28, at 20-24) and in accordance with the Court of Appeals for the Third Circuit's opinion in *Dooley v. Wetzel*, 957 F.3d 366 (3d Cir. 2020), Plaintiff's Complaint (Doc. 1-1) is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1) and 42 U.S.C. § 1997e(c) and **WITH LEAVE TO AMEND**.

3. Plaintiff shall file an Amended Complaint within **45 days** of the date of this Order.

4. Defendants' Objections (Doc. 29) to the R&R are **OVERRULED**.

5. Defendants' Motion to Dismiss Complaint/Motion for Summary Judgment (Doc. 5) is **DENIED WITHOUT PREJUDICE**.

6. Plaintiff's motion for leave to file an amended complaint (Doc. 31) is **DEEMED MOOT**.

7. The Clerk of Court is directed to remand this case to Magistrate Judge Saporito for further proceedings consistent with this Order.

Robert D. Mariani
United States District Judge