IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASEY DOOLEY,<br>   **Plaintiff** | No. 3:18cv1310 |
| | (Judge Munley) |
| v. | (Magistrate Judge Saporito) |
| JOHN E. WETZEL, Secretary of the<br>Pa. D.O.C., et al.,<br>   **Defendants** | |

**ORDER**

**AND NOW**, to wit, this 12th day of January 2024, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

1) Plaintiff Casey Dooley's partial objection (Doc. 138) is **OVERRULED**;

2) The report and recommendation of Magistrate Judge Joseph F. Saporito, Jr. (Doc. 133) is **ADOPTED**;

3) Defendant Jessica Cousins's motion to dismiss (Doc. 119) is **GRANTED**;

4) Defendants Goss, McMahon, Sisto, and Wetzel's motion to dismiss (Doc. 121) is **GRANTED**; and

5) The Clerk of Court is directed to mark this case closed.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court